1
2
3
4

# UNITED STATES DISTRICT COURT

5

## NORTHERN DISTRICT OF CALIFORNIA

6

| | |
|---|---|
| 7 TATYANA E. DREVALEVA, | Case No. 19-cv-05927-LB |
| 8 Plaintiff, | |
| 9 v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| 10 DEPARTMENT OF VETERANS AFFAIRS, | |
| 11 Defendant. | |

12

13    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the

14 Honorable William H. Alsup for consideration of whether the case is related to *Drevaleva v. U.S.*

15 *Department of Veterans Affairs*, No. 3:18-cv-03748-WHA.

16

17    **IT IS SO ORDERED.**

18    Dated: October 2, 2019

19

20    LAUREL BEELER
      United States Magistrate Judge

21
22
23
24
25
26
27
28