IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TATYANA EVGENIEVNA DREVALEVA,

    Plaintiff,

v.

ROBERT WILKIE, United States Secretary of Veterans Affairs,

    Defendant.

No. C 19-05927 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action with prejudice, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant United States Secretary of Veterans Affairs, Robert Wilkie, and against *pro se* plaintiff Tatyana Evgenievna Drevaleva. The Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: December 19, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE