UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TATYANA EVGENIEVNA
DREVALEVA,

                   Plaintiff,

        v.

DEPARTMENT OF VETERANS
AFFAIRS,

                   Defendant.

Case No.  19-cv-05927-HSG

**ORDER REGARDING CASE STATUS**

Prior to reassignment to the undersigned, Judge Alsup granted Defendant's motion to dismiss.  Dkt. No. 34.  On December 19, 2019, Judge Alsup entered final judgment in favor of the Defendant, directed the clerk to close the file, and the case was terminated.  Dkt. Nos. 35, 36.  On March 2, 2020, Judge Alsup denied Plaintiff's motion for relief under Rule 60 and Plaintiff's motion to disqualify.  Dkt. No. 55.  On November 16, 2020, the Ninth Circuit dismissed Plaintiff's appeal as frivolous.  Dkt. No. 60.  On March 3, 2021, the Ninth Circuit denied Plaintiff's motions for clarification and reconsideration.  Dkt. No. 63.  The Ninth Circuit's mandate issued on March 11, 2021.  Case No. 20-15374, Dkt. No. 14.[1]

//

//

//

//

//

---

[1] The Court references the Ninth Circuit docket because Dkt. No. 64 of this case's docket does not accurately reflect the Ninth Circuit's mandate due to an apparent docketing error.

United States District Court
Northern District of California

Accordingly, the Court reemphasizes that this case is closed.  No further filings shall be accepted in this closed case.

**IT IS SO ORDERED.**

Dated:  3/26/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge